SCPR-16-0000626

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

JEFFREY M. TAYLOR,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 13-024-9094 and 14-011-9154)

<u>ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted by the Disciplinary Board of the Hawaiʻi Supreme Court for an order granting the request of attorney Jeffrey M. Taylor to resign from the practice of law in lieu of discipline, and the affidavits and exhibits attached in support thereof, we note the petition is supported by Respondent Taylor's affidavit, which meets the requirements of Rule 2.14(a) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and in which Respondent Taylor avers and admits to misconduct that represents multiple violations of Rules 1.1, 1.2(a), 1.3, 1.4(a), 1.4(b), 1.6(a), 1.8(e), 1.15(f)(3), 1.15(g), 1.16(d), 3.2, 3.4(e), 4.2 and 8.4(c) of the Hawaiʻi Rules of Professional Conduct (1994), and which

constitutes misconduct sufficient to justify granting the petition.  Therefore,

IT IS HEREBY ORDERED that the petition to resign in lieu of discipline is granted.

IT IS FURTHER ORDERED that Respondent Taylor's resignation shall become effective 30 days after the date of this order, as provided by RSCH Rules 2.14(d) and 2.16(c).

IT IS FURTHER ORDERED that the Clerk of this court shall remove Jeffrey M. Taylor's name from the role of attorneys licensed to practice law in this jurisdiction and, within thirty days after entry of this order, Respondent Taylor shall submit to the Clerk the original certificate evidencing his license to practice law in this jurisdiction or an affidavit establishing good cause for his failure to do so.

IT IS FURTHER ORDERED that Respondent Taylor shall comply with the requirements of RSCH Rule 2.16 governing disbarred attorneys and the Disciplinary Board of the Supreme Court of the State of Hawaiʻi shall provide notice of the disbarment as required by RSCH Rules 2.16(e) and 2.16(f).

IT IS FINALLY ORDERED that Respondent Taylor shall bear the costs of these proceedings upon the timely submission by ODC of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED: Honolulu, Hawaiʻi, October 4, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

